IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Fenita Morris-Shepard f/k/a Fenita T.
Morris,

                    Plaintiffs,

      vs.

CitiMortgage, Inc. et. al,

                    Defendants.

Civil Action No. 5:12-CV-00258-H

CONSENT ORDER TO EXTEND
TEMPORARY RESTRAINING ORDER

     This matter came before the Court on the Plaintiff's Motion to Extend Temporary Restraining Order ("Motion"). On May 10, 2012, this Court ordered the continuance of the temporary restraining order entered by the Honorable Robert H. Hobgood on April 30, 2012, and further set the matter for hearing on Tuesday, May 15, 2012. Following the Court's Order, the parties conferred and now jointly represent to the court their agreement to extend the temporary restraining order for a period of time through Thursday, June 28, 2012. For good cause shown, this Court hereby orders that the temporary restraining order originally entered on April 30, 2012, be extended through 5 o'clock in the evening on Thursday, June 28, 2012.

     SO ORDERED this 21st day of May, 2012.

                                   HON. MALCOLM J. HOWARD.
                                   Senior United States District Judge

WE CONSENT:

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: /s/ Joseph S. Dowdy
    Joseph S. Dowdy
    NC Bar No.
    Meghan B. Pridemore
    NC Bar No. 39997
    4140 Parklake Avenue / GlenLake One / Second Floor
    Post Office Box 30519 (27622-0519)
    Raleigh, NC 27612
    (919) 877-3800

*Attorneys for CitiMortgage, Inc.*

JANAK LAW FIRM, PA

By: /s/ Craig M. Janak
    Craig M Janak
    NC Bar No. 25174
    111 West Chatham Street
    Cary, NC 27511
    (919) 233-0358

*Attorney for Fenita Morris-Shepard*

2